UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 4:12-CR- 1 -CDL |
| | : | |
| v. | : | VIOLATION: |
| | : | 18 U.S.C. §871 |
| FABIAN BRITT | : | |
| | : | |

THE GRAND JURY CHARGES:

## COUNT ONE

### (THREAT AGAINST PRESIDENT)

### Title 18, United States Code, Section 871

On or about April 23rd, 2011, in the Columbus Division of the Middle District of Georgia, the defendant,

**FABIAN BRITT,**

did knowingly and willfully deposit for conveyance in the mail and for a delivery from a post office, a letter, paper, writing, print, missive, and document containing a threat to take the life of and to inflict bodily harm upon the President of the United States, to wit: to kill President Barack Obama.

All in violation of Section 871 of Title 18 of the United States Code.

A TRUE BILL

s/Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

CRAWFORD SEALS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 16th day of Feb, AD 2012.

_____
Deputy Clerk